**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| PLANET SMOOTHIE FRANCHISES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DEAN MASSEY, an individual, BOO/BEAR, LLC and SMOOTH PLANET, LLC., <br><br> Defendants. | CASE NO. <u>CV-05-462</u> |

**<u>Order and Judgment</u>**

This matter is before the Court on the motion of all parties to enter an order adjudicating this matter. Wherefore, it is ordered, adjudged, and decreed:

**A.   The parties have stipulated:**

1.   Plaintiff, Planet Smoothie Franchises, LLC, ("Planet Smoothie") is a limited liability company organized and existing under the laws of the State of Georgia, with its principal place of business in Atlanta, Georgia. Since 1995, Planet Smoothie or its predecessors in interest have engaged in the operation and franchising of stores featuring smoothie drinks and related food items throughout the United States. Planet Smoothie also owns and licenses certain trademarks at issue in this matter, including but not limited to those identified in Exhibit A, attached hereto.

2.   Defendant Dean Massey is an individual residing in Mobile, Alabama. Defendant Smooth Planet, LLC and Boo/Bear, LLC are limited liability companies organized under the laws of Alabama doing business in Mobile County, Alabama.

1

(Hereinafter Defendants Dean Massey and Smooth Planet, LLC and Boo/Bear, LLC. are collectively referred to as "Massey.")

3. Planet Smoothie, itself, and through its predecessors-in-interest, is the owner or exclusive licensee of numerous trademarks, trade names, service marks, service systems logos, names, insignias, slogans, emblems, symbols, commercial symbols, designs, and other identifying characteristics (the "Planet Smoothie Marks"), which are used in commerce to identify Planet Smoothie Stores, the goods and services sold therein and the associated business goodwill. The Planet Smoothie Marks are either registered with the United States Patent and Trademark Office ("P.T.O.") or an application is pending for such registration. The Planet Smoothie Marks include the trademark Planet Smoothie, the trademarks for various uniquely blended drinks and logotypes which Planet Smoothie, or its predecessors in interest, have used in commerce continuously and exclusively since as early as 1995. The use of the Planet Smoothie Marks is a prominent feature of the décor of Planet Smoothie stores and the Planet Smoothie products that are marketed throughout the Planet Smoothie network of stores.

4. The registered Planet Smoothie Marks are all registered on the principal register of the P.T.O. pursuant to 15 U.S.C. § 1051. All of these registrations are valid and subsisting. Other Planet Smoothie Marks used by Planet Smoothie are the subject of pending applications for federal registration with the P.T.O.

5. The products and services offered by Planet Smoothie through its unique system of stores are widely known and recognized by the Planet Smoothie Marks and trade dress. Planet Smoothie customers rely on the exceptional quality and high standards they associate with the Planet Smoothie Marks and trade dress.

6. The Planet Smoothie Marks are widely and favorably known in the industry and to the purchasing public as indicating the sole source of the products and services offered by Planet Smoothie, and Planet Smoothie has built up goodwill of incalculable value in the Planet Smoothie Marks and trade dress.

7. Planet Smoothie licenses the Planet Smoothie Marks and trade dress to entrepreneurs who operate Planet Smoothie stores pursuant to franchise agreements with Planet Smoothie. On or about July 26, 1999, Planet Smoothie and Massey entered into a franchise agreement (the "Franchise Agreement") by which Planet Smoothie granted Massey a franchise to operate a Planet Smoothie store and licensed Massey to use the Planet Smoothie Marks at a specific site located at 156C North McGregor Avenue, Mobile, AL 36608.

8. Paragraph 15 of the Franchise Agreement provides in pertinent part that upon termination or expiration of the Agreement, all rights of Franchisee to use the Proprietary Marks and the System and to operate the Franchised Business shall terminate and:

> (a) <u>Make Payments.</u>   Franchisee shall promptly pay all sums owing to PSF [Planet Smoothie] and its subsidiaries and affiliates. In the event of in-term disputes due to defaults of Franchisee, as well as, termination for any default of Franchisee, such sums shall include all damages, costs, and expenses, including reasonable attorneys' fees, incurred by PSF [Planet Smoothie] in connection with those in-term disputes for defaults and/or that default and termination.
>
> (b) <u>Cease Operations.</u>   Franchisee shall immediately cease to operate the Franchised Business, and shall not thereafter, directly or indirectly, represent itself to the public, or hold itself out as, a present or former Franchisee of PSF [Planet Smoothie].
>
> (c) <u>Cease Using System.</u>   Franchisee shall immediately and permanently cease to use, in any manner whatsoever, the System, including without limitation, methods, processes, tools, procedures, and techniques associated with the System, and all Proprietary Marks and distinctive forms, slogans, symbols, and devices associated with the System or PSF [Planet Smoothie]. Franchisee shall cease to use without limitation all signs, marketing and advertising materials, displays, stationery, forms,

and any other articles that display the Proprietary Marks. Further, without limiting the foregoing, Franchisee shall immediately and permanently cease to use in any manner whatsoever any confidential recipes, formulas, customer and supplier lists, product specifications lists, manuals, methods, procedures or techniques associated with the System.

(d)     <u>Cease Using Confidential PSF [Planet Smoothie] Intranet Website and Confidential PSF [Planet Smoothie] Intranet Document Library.</u>  Franchisee shall immediately deliver to PSF [Planet Smoothie] all copies of data, forms, postings, and information from PSF's [Planet Smoothie] confidential Intranet Website and confidential PSF [Planet Smoothie] Intranet Document Library, and shall deliver copies of all records, files, instructions, correspondence, and materials related to operating the Franchised Business, which include without limitation brochures, agreements, invoices, signs, recipes, formulas, display cards, and any and all other materials relating to the operation of the Franchised Business in Franchisee's possession, and all copies thereof (all of which are acknowledged to be PSF's [Planet Smoothie] property).

(e)     <u>Remove Items.</u>  Franchisee shall remove from the Retail Unit any equipment, fixtures, and furnishings not purchased by PSF [Planet Smoothie] as provided in Paragraph 15.6, and return to PSF [Planet Smoothie] all of the Proprietary Marks or other indicia of PSF [Planet Smoothie] (or cease public or open display of the Proprietary Marks if in such form or permanently attached to an asset of Franchisee not purchased by PSF [Planet Smoothie]), in whatever form and attached to whatever medium, and shall withdraw or terminate, within five (5) days after termination or expiration of this Agreement, any assumed name registration or equivalent registration, telephone, or other listing containing any of the Proprietary Marks. Franchisee must immediately assign to PSF [Planet Smoothie] any rights it has in all telephone number(s) from which Franchisee has done business and assist PSF [Planet Smoothie] in the transfer of the right to use such telephone number(s) or discontinue use of that number(s) upon PSF's [Planet Smoothie] request.

(f)     <u>Sell Items.</u>  Within fifteen (15) days of the termination or expiration of this Agreement, PSF [Planet Smoothie] may arrange for an inventory, at PSF's [Planet Smoothie] cost, of all personal property, fixtures, equipment, supplies and inventory located at the Retail Unit or used in connection with the Franchised Business, including, without limitation, any and all items bearing the Proprietary Marks. PSF [Planet Smoothie] shall have the option, exercisable within thirty (30) days after termination or expiration,

        to purchase any or all such items from Franchisee at fair market value.  If PSF [Planet Smoothie] assumes Franchisee's lease for the Retail Unit, the leasehold improvements and goodwill or value attributable to Franchisee's business, except any goodwill or value attributed to the Proprietary Marks, shall be included in the purchase price and determination of fair market value.  If the parties cannot agree on fair market value within a reasonable time, PSF [Planet Smoothie] and Franchisee shall designate an independent appraiser, whose determination will be binding, and the costs of such appraisal shall be divided equally between PSF [Planet Smoothie] and Franchisee.  If PSF [Planet Smoothie] and Franchisee cannot agree on an appraiser, each party must designate an appraiser and both appraisers will agree on and designate a third independent appraiser to make the determination of fair market value, whose determination shall be binding, and the costs of such appraisal shall be divided equally between PSF [Planet Smoothie] and Franchisee.

        (g)    <u>Pay Costs.</u>  Franchisee shall pay to PSF [Planet Smoothie] all damages, costs, and expenses, including reasonable attorneys' fees, incurred by PSF [Planet Smoothie] subsequent to the termination or expiration of this Agreement in obtaining injunctive or other relief for the enforcement of any provisions of this Agreement.

    9.    Massey has failed to satisfy his/its contractual financial obligations to Planet Smoothie since December 2002 and has breached his/its contract with Planet Smoothie proximately causing damages to Planet Smoothie.

    10.    On July 16, 2003, Massey received a written Notice of Termination with Opportunity to Cure (the "Notice to Cure") under Section 13 of the Franchise Agreement.  On August 5, 2003, Planet Smoothie sent to Massey a Notice of Termination (the "Notice of Termination") which terminated Massey's rights to operate the store using the Planet Smoothie Marks and gave Massey ten (10) days to remove all Planet Smoothie Marks and otherwise make such modifications as were necessary to distinguish the appearance of the Store from other Planet Smoothie stores operating in the Planet Smoothie System.

    11.    Massey failed to remove all Planet Smoothie Marks and has continued to operate the business using the Planet Smoothie name, Planet Smoothie Marks, and Planet Smoothie trade dress.  Massey has not complied with any of the contractual obligations effective upon termination of the agreement and Planet Smoothie has suffered irreparable damage proximately caused by Massey's acts.

        12. Massey has infringed and continues to infringe the Planet Smoothie Marks by continuing to use in commerce the Planet Smoothie Marks and reproductions, counterfeits, copies and colorable imitations of the Planet Smoothie Marks in connection with the sale, offering for sale, distribution or advertising of smoothie products to the public at the store, without the consent of Planet Smoothie and despite the termination of the Franchise Agreement. Such unauthorized use of the Planet Smoothie Marks is likely to cause confusion or mistake or to deceive the public in violation of 15 U.S.C. § 1114.

  13. Massey has used and continues to use the Planet Smoothie Marks in connection with the operation of the store in violation of 15 U.S.C. § 1125(a), in that he has used and is using a false designation of origin and a false description or representation in connection with products and services, tending falsely to describe or represent the origin of those products and services, and causing such products and services to enter into commerce. Such unauthorized use of the Planet Smoothie Marks is a false description and representation that the store is legitimately connected with, affiliated with, franchised by, or in some other manner sponsored, endorsed or approved by Planet Smoothie.

  14. By operating a store that features Planet Smoothie's decor and style, labels, logos and providing service and products with Planet Smoothie labels and Planet Smoothie logos that are the same as the Planet Smoothie trade dress described above, Massey has caused and will continue to cause confusion and mistake as to the source and/or origin of the products and/or services bearing the Planet Smoothie Marks in violation of 15 U.S.C. § 1125(a).

  15. Massey has unlawfully and unfairly misrepresented the goods and services at the store to be those of Planet Smoothie or so closely connected with Planet Smoothie goods and services as to give the impression that he is legitimately connected with, affiliated with, franchised by, or in some other manner sponsored, endorsed, or approved by Planet Smoothie. Massey's continuing acts constitute unfair competition, including the unlawful misappropriation of the goodwill and business reputation of Planet Smoothie.

  16. Massey's unauthorized use of the Planet Smoothie Marks at the store has injured Planet Smoothie's business reputation and diluted the distinctive quality of the Planet Smoothie Marks.

  17. Massey has violated Ala. Code § 8-12-1 et. seq. by the unauthorized use and reproduction of Planet Smoothie Marks.

  **B. The Court enters judgment as follows:**

  1. Judgment is entered for Planet Smoothie Franchises LLC, and against Dean Massey, Boo/Bear LLC and Smooth Planet, LLC jointly and severally, in the amount of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00).

  2. (A) Defendants are permanently enjoined from using the "Planet Smoothie Marks" identified specifically on Exhibit A (attached) in connection with the sale, offering for sale, distribution, or advertising of Smoothie products or any marks confusingly similar to the Planet Smoothie Marks;

    (B) Defendants are permanently enjoined from causing products bearing any of the "Planet Smoothie Marks" identified in Exhibit A or any marks confusingly similar to the Planet Smoothie Marks to enter into commerce;

   (C) Defendants are permanently enjoined from representing in any manner that defendants and/or their business operations are connected with, affiliated with, franchised by, or in some other manner sponsored, endorsed, or approved by Planet Smoothie Franchises, LLC;

   (D) Defendants are permanently enjoined from using any trade dress, color schemes, logos, designs, menu boards or other commercials symbols and designs that are associated with the Planet Smoothie Marks, and shall not operate a smoothie business on any premises using décor in the color purple, or any color scheme featuring purple, except that defendants may continue to use the purple countertops currently in use at their place of business and defendants may otherwise continue their operations and business in the current location notwithstanding any provision(s) in any contract or agreement involving Plaintiff and Defendants.

   (E) Defendants are permanently enjoined from using any goods, emblems, signs, displays, uniforms, or other item on which any of the Planet Smoothie Marks are imprinted and shall immediately return to Planet Smoothie Franchises, LLC any and all such items by delivery to a location in Mobile County, Alabama designated in writing by plaintiff within ten (10) days of this order, with costs of delivery to be paid by defendants;

   (F) Defendants are permanently enjoined from using or adopting any manuals, instructions, or materials delivered to defendants by Planet Smoothie under the terminated Franchise Agreement or any manuals, instructions or materials derived therefrom and shall immediately return to Planet Smoothie Franchises, LLC any and all such items in their possession or control by delivery to a location in Mobile County, Alabama designated in writing by plaintiff with costs of delivery to be paid by defendants;

7

(G) Defendants are enjoined from making any statement about Planet Smoothie, or their dealings with Planet Smoothie (except as may be required by future court order) except for: "We were a franchisee of Planet Smoothie and that relationship has ended."

This the 21st day of September, 2005.

/s/ WILLIAM S.STEELE

United States District Judge

*EXHIBIT A*

*Planet Smoothie MARKS*

**REGISTERED MARKS**

| *Proprietary Marks* | *Application/Registration No.* | *Date* |
|---|---|---|
| *Anti-Oxidant Blast®* | 2426478 | 2/6/01 |
| *Anti-Stress Blast®* | 2426477 | 2/6/01 |
| *The Best Tasting Smoothie on the Planet®* | 2473487 | 7/31/01 |
| *Booster Blast®* | 2426885 | 2/6/01 |
| *The "Cup Man" on Skateboard ™* | 76180592 12/13/00 | |
| *The "Cup Man" on Skateboard on Curvy Road to Nowhere ™* | 76180589 | 12/13/00 |
| *The "Cup Man" on Bicycle ™* | 76180588 12/13/00 | |
| *The "Cup Man" Inside Earth Figure®* | 2310931 | 1/25/00 |
| *Fat Burner Blast®* | 2405507 | 11/21/00 |
| *Fast Fuel ™* | 75893041 | 1/10/00 |
| *Immune Blast®* | 2412226 | 12/12/00 |
| *Mega Protein Blast ™* | 75870622 12/13/99 | |
| *Planet Living ™* | 76323441 | 10/9/01 |
| *Planet Smoothie - The "Cup Man" with Flag on Top of Mountain ™* | 76180590 | 12/13/00 |
| *Planet Smoothie®* | 2360991 | 6/27/00 |
| *Planet Smoothie®* | 2469892 | 7-17-01 |

| | | |
|---|---|---|
| *Planet Smoothie the Best Tasting Smoothie on the Planet* ™ | *75530821* | *8/4/98* |
| *Protein Blast*® | *2456712* | *6/5/01* |
| *Round-a-Bouts*® | *2358507* | *6/13/00* |
| *Turkey & Friends*® | *2542213* | *2/26/02* |
| *Veggie Cha Cha* ™ | *75914194* | *2/8/00* |
| *Welcome to the Planet*® | *2454648* | *5/29/01* |
| *Women's Only Blast*® | *2484776* | *9/4/01* |
| *Workout Blast*® | *2513820* | *12/4/01* |
| *PLANET SMOOTHIE (Georgia)* | *T-17063 & S-17015* | *03/20/98* |
| *PLANET SMOOTHIE (South Carolina)* | *N/A* | *7/13/98* |

### *UNREGISTERED TRADEMARKS*

*THE BEAST* ™

*BEST TASTING SMOOTHIE ON THE PLANET!* ™

*BIG TUNA* ™

*BILLY BOB BANANA* ™

*CAPTAIN KID* ™

*THE CHEW FACTOR* ™

*CHICKEN CHA CHA* ™

*CHOCOLATE CHIMP* ™

*CHOCOLATE ELVIS* ™

*COOL BLENDED SMOOTHIES* ™

*COUNT COCONUT* ™

*CRAZY BEE* ™

*FAST FUEL* ™

*FIVE FRUIT FRENZY* ™

*FROZEN GOAT* ™

*GRAPE APE* ™

*HANGOVER OVER* ™Ô

*HAVE-A-BLAST* ™

*HUGE-IT!* ™

*I THINK I CRAN* ™

*IN THE ZONE* ™

*JUG HEAD* ™

*LAST MANGO* ™

*LEAPIN' LIZARD* ™

*LIFE IS ROUGH/HAVE A SMOOTHIE* ™

*LUNAR LEMONADE* ™

*MAC DADDY MUG* ™

*MEDITERRANEAN MONSTER* ™

*MEGA PROTEIN BLAST* ™

*MERLIN'S MIXES* ™

*MR. MONGO* ™

*PB&J* ™

*POWER LUNCH* ™

*PROTEIN BLAST* ™

*RASMANIAN DEVIL* ™

*REAL DEALS* ™

*ROAD RUNNER* ™

*SPAZZ* ™

*THELMA & LOUISE* ™

*TURKEY & FRIENDS* ™

*TWIG & BERRIES* ™

*TWO PIECE BIKINI* ™

*VEGGIE CHA CHA* ™

*VINNIE DEL ROCCO* ™

*WELCOME TO THE PLANET!* ™

*WELLNESS BLAST* ™

*WEREWOLF* ™

*WOMEN'S ONLY BLAST* ™

*WORKOUT BLAST* ™

*YO' ADRIANE* ™

*YOUR HEALTHY MEAL REPLACEMENT* ™

*ZERO GRAVITY* ™

*ZEUS JUICE* ™